# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 20, 2010

No. 09-50704
Conference Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

IRY JAMES WILLIAMS,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:09-CR-42-1

Before SMITH, PRADO, and HAYNES, Circuit Judges.

PER CURIAM:*

Appealing the judgment in a criminal case, Iry James Williams presents arguments that he concedes are foreclosed. *See United States v. De Leon*, 170 F.3d 494, 499 (5th Cir. 1999) (rejecting Commerce Clause challenge to felon-in-possession-of-a-firearm statute, 18 U.S.C. § 922(g)); *United States v. Rawls*, 85 F.3d 240, 242 (5th Cir. 1996) (same). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.